UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Benjamin Buono,<br><br>                    Plaintiff,<br>    v.<br><br>AmSher Collection Services, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.:  2:12-cv-03513-GP |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 17, 2012

Respectfully submitted,

PLAINTIFF, Benjamin Buono

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  /s/Jody B. Burton
                                                  Jody B. Burton