UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Benjamin Buono,<br><br>               Plaintiff,<br>   v.<br><br>AmSher Collection Services, Inc.; and<br>DOES 1-10, inclusive,<br><br>               Defendants. | :<br>:<br>:<br>: Civil Action No.: 2:12-cv-03513-GP<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

    Benjamin Buono ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 29, 2012

                                          Respectfully submitted,

                                          PLAINTIFF, Benjamin Buono

                                          /s/ Jody B. Burton

                                          Jody B. Burton, Esq.
                                          Bar No.: 71681
                                          LEMBERG & ASSOCIATES L.L.C.
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile:  (203) 653-3424
                                          jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                   By /s/ Jody B. Burton_____
                                                       Jody B. Burton